UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN,                                    Case No. 18-12087

        Plaintiff,                              Gershwin A. Drain
v.                                               United States District Judge

MAC ACQUISITION LLC,                             Stephanie Dawkins Davis
                                                 United States Magistrate Judge
        Defendant,
_____/

## ORDER FOR SETTLEMENT CONFERENCE

| Settlement Conference | September 25, 2019 at 10:00 a.m. |
|---|---|
| Confidential Settlement Statement | Due September 11, 2019 |
| Location of Settlement Conference | Room 112, 600 Church Street Flint, MI.  For directions, See, www.mied.uscourts.gov. |

## REQUIREMENTS FOR SETTLEMENT CONFERENCE

A.    The conference must be attended by an authorized representative of

each party, together with trial counsel for each party unless expressly excused by

the Court.  An insured party need not attend unless the settlement decision will be

made in part by the insured.  When the settlement decision will be made in whole

or part by an insurer, the insurer must send a representative in person with full and

complete authority to make settlement decisions.  A corporate party must send an

authorized  representative with full and complete authority to bind the company.  A governmental entity must send an authorized representative with full and complete authority to bind the governmental entity.  Failure to produce the appropriate person(s) at the conference may result in an award of costs and attorney fees incurred by the other parties in connection with the conference and/or other sanctions against the noncomplying party and/or counsel.

B.      **At least 14 days prior to the conference, each party must submit a confidential settlement statement to the Magistrate Judge.**  The settlement statement will not become a part of the file of the case, but will be for the exclusive use of the magistrate judge in preparing for and conducting the settlement conference.  The settlement statement must contain a specific recitation of the facts, a discussion of the strengths and weaknesses of the case, the parties' position on settlement, including a present settlement proposal, and a report on settlement efforts to date.  **It is <u>required</u> that by the time of the settlement conference plaintiff will have made a good faith offer to settle the case and defendant will have made a good faith counter offer of settlement.**  Settlement conferences are much more likely to be successful if the parties have made good faith settlement proposals prior to the beginning of the settlement conference.  If not already part of the court file, copies of any critical agreements, business records, photographs or other documents or exhibits must be attached to the settlement statement.  The

settlement statement should not be more than five pages in length and should contain enough information to be useful to the Magistrate Judge in analyzing the factual and legal issues in the case.  The parties are directed to be candid in their statements.

C.    The settlement statement <u>must not</u> be filed with the clerk, but must be delivered to the Magistrate Judge either via fax to 810-341-7854 OR e-mail (angela_brown@mied.uscourts.gov and tammy_hallwood@mied.uscourts.gov). Copies of the settlement statement <u>must not</u> be provided to the other parties in the case.

D.    Settlement conferences are scheduled on days when the Court does not normally schedule other matters.  The attorneys and their clients should expect to be in attendance through the balance of the business day in order to maximize the opportunity to resolve the case.  Counsel that wish to bring laptops to the court are encouraged to do so but should seek approval from the court prior to the day of the settlement conference.

E.    One attorney for each party should be prepared to give a short summary of their case at the beginning of the settlement conference.  The summary should identify the remaining issues in the case and the evidence that supports the party's position on those issues.

**IT IS SO ORDERED.**

Date: January 24, 2019                    s/Stephanie Dawkins Davis
                                          Stephanie Dawkins Davis
                                          United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on January 24, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to all counsel of record.

s/Tammy Hallwood
Case Manager
(810) 341-7887
tammy_hallwood@mied.uscourts.gov