UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

MAC ACQUISITION LLC, a Delaware limited liability company,

    Defendant.

CASE NO. 18-cv-12087

HON. GERSHWIN A. DRAIN

MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

---

BLACKMORE LAW PLC
George T. Blackmore (P76942)
Attorney for Plaintiff
21411 Civic Center Drive, Suite 200
Southfield, MI  48076
(248) 845-8594
george@blackmorelawplc.com

JACKSON LEWIS P.C.
Tiffany Buckley-Norwood (P69807)
Daniel C. Waslawski (P78037)
Attorneys for Defendant
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 963-1900
Tiffany.Buckley@jacksonlewis.com
Daniel.Waslawski@jacksonlewis.com

---

**STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS**

The parties, through their respective attorneys, stipulate and agree to a dismissal of Plaintiff's Complaint in its entirety with prejudice and with each party to bear his or its own attorneys' fees and costs.  The parties further stipulate and agree that entry of this Order will resolve all pending claims and close the case.

2

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| By: /s/ George T. Blackmore (w/consent) | By: /s/ Daniel C. Waslawski |
| BLACKMORE LAW PLC | JACKSON LEWIS P.C. |
| George T. Blackmore (P76942) | Tiffany Buckley-Norwood (P69807) |
| Attorney for Plaintiff | Daniel C. Waslawski (P78037) |
| 21411 Civic Center Drive, Suite 200 | Attorneys for Defendant |
| Southfield, MI  48076 | 2000 Town Center, Suite 1650 |
| (248) 845-8594 | Southfield, MI 48075 |
| george@blackmorelawplc.com | (248) 963-1900 |
| | Tiffany.Buckley@jacksonlewis.com |
| | Daniel.Waslawski@jacksonlewis.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

MAC ACQUISITION LLC, a Delaware limited liability company,

    Defendant.

CASE NO. 18-cv-12087

HON. GERSHWIN A. DRAIN

MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

---

BLACKMORE LAW PLC
George T. Blackmore (P76942)
Attorney for Plaintiff
21411 Civic Center Drive, Suite 200
Southfield, MI 48076
(248) 845-8594
george@blackmorelawplc.com

JACKSON LEWIS P.C.
Tiffany Buckley-Norwood (P69807)
Daniel C. Waslawski (P78037)
Attorneys for Defendant
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 963-1900
Tiffany.Buckley@jacksonlewis.com
Daniel.Waslawski@jacksonlewis.com

---

## **ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS**

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice and with each party to bear his or its own attorneys' fees and costs. Entry of this order resolves all pending claims and closes the case.

2

IT IS SO ORDERED.

Date: October 8, 2019    s/Gershwin A. Drain
                        DISTRICT COURT JUDGE